

FILED _____ LODGED
RECEIVED _____ COPY

MAY - 5 2021

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1  MICHAEL G. BAILEY
   United States Attorney
2  District of Arizona
   JESSICA J. COTTON
3  Special Assistant United States Attorney
   ATTN: ATZS-JAE (CPT Jessica J. Cotton)
4  Fort Huachuca, AZ 85613-7025
   Email: jessica.j.cotton.mil@mail.mil
5  Phone: (520) 533-0580
   Attorneys for Plaintiff
6
7                IN THE UNITED STATES DISTRICT COURT

8                     FOR THE DISTRICT OF ARIZONA

                                            21-M-8488-DTF
9                                      )         INFORMATION
                                       )     (Class B Misdemeanors)
10                                     )
                                       )   A.R.S. § 28-1381.A.1. Impaired to the
11  United States of America,          )   Slightest Degree (Class B)
                                       )
12              Plaintiff,             )   A.R.S. § 28-1381.A.2.  DUI 0.08 or More
                                       )   (Class B)
13  vs.                                )
                                       )   A.R.S. § 28-1382.A.1.  DUI BAC 0.15 to
14  Jonathan Jim,                      )   0.19 (Class B)
                                       )
15              Defendant.             )   A.R.S § 28-693, 18 U.S.C. §§ 13 and 7
                                       )   Reckless Driving
16                                     )
                                           A.R.S § 28-3473.A Driving while license
17                                         suspended
18  _____
19                             COUNT I

20          A.R.S. § 28-1381.A.1. Impaired to the Slightest Degree

21         On or about October 6, 2020, on Fort Huachuca, a federal military reservation

22  within the District of Arizona, a place within the special maritime and territorial

23  jurisdiction of the United States and on land acquired for the use of the United States and

24  under its exclusive jurisdiction, the defendant did drive or was in physical control of a

25  vehicle while under the influence of intoxicating liquor at the time of driving or being in

26  actual physical control of a vehicle, in violation of A.R.S. § 28-1381.A.1, an Arizona Class

27  One Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7

28  and 13, a Federal Class B Misdemeanor.

1

2                                    COUNT II

3   **A.R.S. § 28-1381.A.2. Driving or Actual Physical Control With an Alcohol**

4   **Concentration of 0.08 or More Within Two Hours of Driving**

5             On or about October 6, 2020, on Fort Huachuca, a federal military reservation

6   within the District of Arizona, a place within the special maritime and territorial

7   jurisdiction of the United States and on land acquired for the use of the United States and

8   under its exclusive jurisdiction, the defendant did drive or was in actual physical control of

9   a vehicle while having an alcohol concentration of 0.08 or more within two hours of driving

10  or being in actual physical control of the vehicle, and the alcohol concentration resulted

11  from alcohol consumed either before or while driving or being in actual physical control

12  of the vehicle, in violation of A.R.S. § 28-1381.A.2, an Arizona Class One Misdemeanor,

13  as assimilated by the <u>Federal Assimilative Crimes Act</u>, 18 U.S.C. §§ 7 and 13, a Federal

14  Class B Misdemeanor.

15                                   COUNT III

16           **A.R.S. § 28-1382.A.1. BAC of 0.15 to 0.19**

17            On or about October 6, 2020, on Fort Huachuca, a federal military reservation

18  within the District of Arizona, a place within the special maritime and territorial

19  jurisdiction of the United States and on land acquired for the use of the United States and

20  under its exclusive jurisdiction, the defendant did drive or was in actual physical control of

21  a vehicle while having an alcohol concentration of 0.15 but less than 0.20 within two hours

22  of driving or being in actual physical control of the vehicle, and the alcohol concentration

23  resulted from alcohol consumed either before or while driving or being in actual physical

24  control of the vehicle, in violation of A.R.S. § 28-1382.A.1, an Arizona Class One

25  Misdemeanor, as assimilated by the <u>Federal Assimilative Crimes Act</u>, 18 U.S.C. §§ 7 and

26  13, a Federal Class B Misdemeanor.

27

28                                     - 2 -

1

2                                   COUNT IV

3                      **A.R.S § 28-693, 18 U.S.C. §§ 13 and 7**

4          On or about October 6, 2020, on Fort Huachuca, a military reservation in the District

5    of Arizona, the defendant did operate a motor vehicle in reckless disregard for the safety

6    of persons or property, in violation of A.R.S § 28-693, an Arizona Class Two

7    Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 13 and

8    7, a Federal Class B Misdemeanor.

9

10                                  COUNT V

11                 **A.R.S § 28-3473.A Driving while license suspended**

12         On or about October 6, 2020, on Fort Huachuca, a military reservation in the

13   District of Arizona, the defendant did operate a motor vehicle on a public highway while

14   his privilege to drive a motor vehicle was suspended, revoked, canceled, refused, or while

15   being disqualified from driving, in violation of A.R.S. § 28-3473.A, an Arizona Class

16   One Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§

17   13 and 7, a Federal Class B Misdemeanor.

18

19

20         Respectfully submitted this 26th day of March, 2021.

21

22                              MICHAEL G. BAILEY
                                U.S. Attorney
23                              District of Arizona

24                              COTTONJESSI  Digitally signed by
                                CA.JOYCANN  COTTONJESSICAJO
                                            YCANN.1298171976
25                              1298171976  Date: 2021.03.26
                                            15:23:33 -07'00'
26                              JESSICA J. COTTON
                                Special Assistant U.S. Attorney
27

28                                    - 3 -